# MINUTE ORDER

## Magistrate Judge Shaniek Maynard

**Alto Lee Adams, Sr., U.S .Courthouse (FTP) Courtroom 4074** Date: 4/29/2024 Time: 9:00 a.m.

Defendant: Martin Arlingo-Francisco J#: 08716-104 Case #: 24-14015-CR-MOORE/McCABE

AUSA: Michael Porter Attorney: AFPD-Peter Birch

Violation: REENTRY OF DEPORTED ALIEN - FELONY Surr/Arrest Date: YOB:

Proceeding: Arraignment/Pretrial Detention Hearing CJA Appt:

Bond/PTD Held: (•) Yes ( ) No Recommended Bond: Pretrial Detention

Bond Set at: Pretrial Detention Co-signed by:

- ☐ Surrender and/or do not obtain passports/travel docs
- ☐ Report to PTS as directed/or ______ x's a week/month by phone: ______ x's a week/month in person
- ☐ Random urine testing by Pretrial Services ______ Treatment as deemed necessary
- ☐ Refrain from excessive use of alcohol
- ☐ Participate in mental health assessment & treatment
- ☐ Maintain or seek full-time employment/education
- ☐ No contact with victims/witnesses, except through counsel
- ☐ No firearms
- ☐ Not to encumber property
- ☐ May not visit transportation establishments
- ☐ Home Confinement/Electronic Monitoring and/or Curfew ______ pm to ______ am, paid by ______
- ☐ Allowances: Medical needs, court appearances, attorney visits, religious, employment
- ☐ Travel extended to: ______
- ☐ Other: ______

Language: Spanish

Defendant present in court. Defendant advised of charges, maximum penalties, and fines. Defendant waives formal reading of the indictment, enters a plea of not guilty, demands a trial by jury, and requests entry of Standing Discovery Order. Pretrial Detention Hearing held. ICE Deportation Officer Stephen Schmeichel sworn and cross-examined. Both sides presented argument to the Court. The Court finds there are no conditions that can be set to ensure future appearance. The Court orders pretrial detention.

Time from today to ______ excluded from Speedy Trial Clock

| **NEXT COURT APPEARANCE** | **Date:** | **Time:** | **Judge:** | **Place:** |
|---|---|---|---|---|
| Report RE Counsel: | | | | |
| PTD/Bond Hearing: | | | | |
| Prelim/Arraign or Removal: | | | | |
| Status Conference RE: | | | | |

D.A.R. 9:12:24 Time in Court: 24 Minutes

s/Shaniek Maynard Magistrate Judge